UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:11-00224 |
| ) | JUDGE SHARP |
| LESLIE L. MILLER ) | |

**O R D E R**

The sentencing set for Friday, April 5, 2013 at 1:30 p.m. is hereby rescheduled for 9:30 a.m. the same day.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE